UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID R. BROWN,

        Plaintiff,

-vs-                                               Case No.  5:05-cv-227-Oc-10GRJ

JO ANNE B. BARNHART, Commissioner of
Social Security,

        Defendant.
_____/

**O R D E R**

On May 5, 2005, the Plaintiff filed a complaint seeking judicial review of the Commissioner's decision that prior to November 26, 2002 Plaintiff was "not disabled" pursuant to Medical Vocational Rule 202.21 because he retained the residual functional capacity to perform light work.  (Doc. 1).  The Magistrate Judge has issued a report (Doc. 18) recommending that the decision of the Commissioner be reversed and the case remanded so that the Commissioner may properly consider Dr. Kellis' opinions as a treating physician and conduct any additional proceedings the Commissioner deems appropriate.  Neither party has objected to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file, and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 18) is adopted, confirmed, and made a part hereof;

(2) the decision of the Commissioner is REVERSED pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) the Clerk is directed to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 8th day of August, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record